# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Shawn Drew,

    Petitioner,

-v-                                      Case No. 2:10-cv-301

Warden, Warren Correctional       Judge Michael H. Watson
Institution,                            Magistrate Judge Kemp

    Respondent.

## OPINION AND ORDER

On December 16, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus under 28 U.S.C. § 2254 be dismissed. ECF No. 21. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is therefore **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                  /s/ Michael H. Watson
                                                  MICHAEL H. WATSON, JUDGE
                                                  UNITED STATES DISTRICT COURT